**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,               )<br>                                                       )<br>           Plaintiff,                        )<br>                                                       )<br>vs.                                                  )<br>                                                       )<br>Rafael Ramirez Urbina,                 )<br>                                                       )<br>           Defendant.                     )<br>_____) | No. CR 03-1292-PHX-FJM<br><br>**ORDER** |

On November 22, 2004, Defendant was placed on probation for a term of two years. Defendant was arrested on a warrant issued on a Petition to Revoke Probation and was seen by the undersigned on August 16, 2005. At the initial appearance, Defendant was ordered detained (Doc. #44). Due to a clerical error, a detention order regarding this matter was not docketed. Accordingly,

**IT IS ORDERED** that the Clerk of the Court file the detention order of August 16, 2005, nunc pro tunc.

DATED this 19th day of May, 2006.

David K. Duncan
United States Magistrate Judge